

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

March 23, 1959

Honorable Zollie Steakley          Opinion No. WW-581
Secretary of State
Capitol Station                    Re: What filing fee should the
Austin, Texas                           Secretary of State require
                                        for filing the application
                                        for extension of the charter
                                        of Wool Growers Central
·Dear Sir:                              Storage Company?

        The opinion of this office has been requested regarding the proper
fee for filing an application for extension of the charter of Wool Growers
Central Storage Company.  The facts involved are stated in your opinion
request.

            "There has been submitted to this office for filing
        an application for extension of the charter of Wool Grow-
        ers Central Storage Company pursuant to the provisions
        of Article 1315(a), Revised Civil Statutes of Texas.  This
        corporation was organized for the general purpose of op-
        erating a public warehouse company and has not adopted
        the Texas Business Corporation Act.  The charter was
        filed on February 11, 1909, and the period of existence
        stated in its charter is fifty years.

            "...

            "What filing fee should the Secretary of State re-
        quire for filing the application for extension of the char-
        ter of Wool Growers Central Storage Company?"

The question is whether the old corporation law or the Business Corpora-
tion Act is to control in determining the proper filing fee for a corporation
in existence at the time of the effective date of the Business Corporation
Act but which has not adopted such Act.

        Article 9.14(B) of the Business Corporation Act supplies the answer
to this question wherein it is stated:

            "B.  For a period of five (5) years from and after
        the effective date of this Act, it shall not apply to any
        domestic corporation duly chartered or existing on said
        effective date or to any foreign corporation holding, on
        that date, a valid permit to do business in this State,

unless such domestic or foreign corporation shall, during such period of five (5) years, voluntarily elect to adopt the provisions of this Act and shall comply with the procedure prescribed by Section C of this Article."

The Business Corporation Act became effective 90 days after June 7, 1955, the date of adjournment.

Article 9.15(A) adds impetus to what has already been said.

"A. Except as provided in the last preceding Article, existing corporations shall continue to be governed by the laws heretofore applicable thereto."

Article 10.01 of the Texas Business Corporation Act, which provides for the collection of fees, states in part as follows:

"A. The Secretary of State is authorized and required to collect for the use of the State the following filing fees upon filing the following documents filed pursuant to the provisions of this Act.

"(1) Filing articles of incorporation of a domestic corporation and issuing a certificate of incorporation, Fifty Dollars ($50)."

Thus, it is apparent that such a corporation as the one here involved is not governed generally by the provisions of the Business Corporation Act (9.14(B) and 9.15(A)) and cannot be governed by the particular Article in question because of the specific language of limitation above underlined in such Article. (10.01)

It follows that the fee to be paid by such corporation is governed by the terms of Article 1315(a) which is applicable to corporations existing at the effective date of the Business Corporation Act but which have not adopted such Act.

SUMMARY

The filing fee for filing an application for extension of the charter of Wool Growers

> Central Storage Company is governed by
> the provisions of Articles 1315(a) and
> 3914, V.C.S.

Very truly yours,

WILL WILSON
Attorney General of Texas

By C. Dean Davis
C. Dean Davis
Assistant

CDD:lm

APPROVED:

OPINION COMMITTEE:

Geo. P. Blackburn, Chairman

John L. Estes
Tom I. McFarling
W. R. Scruggs, Sr.
Z. J. Turlington

REVIEWED FOR THE ATTORNEY GENERAL
BY:
    W. V. Geppert